**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000620**
**14-FEB-2020**
**07:45 AM**

NO. CAAP-19-0000620

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
KARELY J. ROBLES, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DCW-18-0001957)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed February 4, 2020, by Defendant-Appellant Karely J.
Robles (Robles), the papers in support, and the record, it
appears that (1) the appeal has been docketed; (2) the parties
stipulate to dismiss the appeal; (3) the stipulation is dated and
signed by counsel for all parties appearing in the appeal;
(4) attached to the stipulation is Robles's declaration showing
she understands the consequences of voluntary dismissal,
consistent with Hawai'i Rules of Appellate Procedure (HRAP)

Rule 42(c); and (5) because the appeal has been docketed, dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 14, 2020.

Chief Judge

Associate Judge

Associate Judge